United States District Court
Southern District of Texas
**ENTERED**
December 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CONRAD WINKLER JR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-266 |
| | § | |
| MARATHON PIPE LINE LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Plaintiff's Notice of Dismissal without Prejudice. Dkt. 16. Upon consideration of the Notice, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims asserted by Plaintiff against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Galveston, Texas, this 22nd day of December, 2017.

_____
George C. Hanks Jr.
United States District Judge